

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:24-6033-MGL-SVH |
| | § | |
| 44 USDT; 80,682.1 USDT; .00005 | § | |
| BTC; 7.27774634 BTC CRYPTO CURRENCY | § | |
| (USDT), | § | |
| Defendants *in Rem*, | § | |
| | § | |
| HAIDER ALI and IRFAN SIDDIQUE, | § | |
| Claimants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND STRIKING CLAIMANTS' CLAIMS

Claimants Haider Ali and Irfan Siddique, who are self represented, made a claim of the property at issue in this case. The matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge recommending the Siddiques' claims be stricken for failure to prosecute. The Report was made pursuant to 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 25, 2026, but the Siddiques failed to file any objections to the Report.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record . . . to accept the recommendation.'"  *Diamond v. Colonial Life &Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein.  It is therefore the judgment of the Court the Siddiques' claims are **STRICKEN** for failure to prosecute.

Not later than May 28, 2026, Plaintiff shall file a status report in this case.

**IT IS SO ORDERED**.

Signed this 26th day of May, 2026, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

**\*\*\*\*\***

**NOTICE OF RIGHT TO APPEAL**

The Siddique are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.